IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMEY NASTROM, et al.,

      Plaintiffs,                      No. CIV S-11-3109 KJM CKD PS

      vs.

NEW CENTURY MORTGAGE CORPORATION, et al.,

      Defendants.              ORDER

_____/

        Plaintiffs are proceeding in this action pro se. Plaintiffs allege claims under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962 et seq. The RICO venue statute provides that "[a]ny civil action or proceeding under this chapter against any person may be instituted in the district court of the United States for any district in which such person resides, is found, has an agent, or transacts his affairs." 18 U.S.C. § 1965. This action involves a mortgage transaction for property located in Stanislaus County. As such, the action should have been filed in the United States District Court for the Eastern District of California, Fresno Division. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

1

division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: December 2, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE