# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMEY L. NASTROM;<br>KIM M. HEWTON-NASTROM, | ) | 1:11cv01998 LJO DLB |
| | ) | |
| Plaintiffs, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS REGARDING |
| v. | ) | DENIAL OF APPLICATION TO |
| | ) | PROCEED IN FORMA PAUPERIS |
| NEW CENTURY MORTGAGE<br>CORPORATION, et al., | ) | (Document 5) |
| | ) | |
| Defendants. | ) | |

Plaintiffs Jamey L. Nastrom and Kim M. Hewton-Nastrom ("Plaintiffs"), appearing pro se, filed the instant action on November 22, 2011, along with an application to proceed in forma pauperis.

On December 7, 2011, the Magistrate Judge issued Findings and Recommendations that Plaintiffs' application to proceed in forma pauperis be DENIED. The Findings and Recommendations were served on Plaintiffs and contained notice that any objections were to be filed within thirty (30) days. On January 5, 2012, Plaintiffs filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued December 7, 2011, are ADOPTED IN FULL;
2. Plaintiffs' application to proceed in forma pauperis is DENIED; and
3. Plaintiffs SHALL pay the $350.00 filing fee for this action within thirty (30) days of the date of this order.

IT IS SO ORDERED.

**Dated:   January 11, 2012**                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE