IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY NASTROM, et al.,<br><br>            Plaintiff,<br><br>    vs.<br><br>NEW CENTURY MORTGAGE CORPORATION, et al.,<br><br>            Defendants.<br>_____ / | CASE NO. CV F 11-1998 LJO DLB<br><br>**ORDER TO REFER MOTION TO MAGISTRATE JUDGE AND TO VACATE HEARING**<br>(Doc. 12.) |

This Court refers defendants' pending F.R.Civ.P. 12 motion (doc. 12) to U.S. Magistrate Judge Dennis L. Beck to issue, as appropriate, an order or findings and recommendations on the motion. This Court VACATES the April 4, 2012 hearing before U.S. District Judge Lawrence J. O'Neill on defendants' F.R.Civ.P. 12 motion to dismiss.

IT IS SO ORDERED.

**Dated:    February 14, 2012**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

1