# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY L. NASTOM, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>NEW CENTURY MORTGAGE CORPORATION, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 11-1998 LJO DLB<br><br>**ORDER TO FILE PAPERS AS TO MAGISTRATE JUDGE CONSENT** |

Defendants have filed their papers to consent to the conduct of all further proceedings by a U.S. Magistrate Judge. As such, this Court ORDERS plaintiffs Jamey L. Nastrom and Kim H. Hewton-Nastrom, no later than February 22, 2012, to file papers to indicate whether they consent to the conduct of further proceedings by a U.S. Magistrate Judge.

In this district, there are more available U.S. Magistrate Judges than there are U.S. District Judges, who carry heavier caseloads than U.S. Magistrate Judges. As such, U.S. Magistrate Judges have greater flexibility and time to devote to civil matters. Without such consent, this Court is unable to commit to address this action to meet the parties' needs and expectations. A consent form is available on the Court's website www.caed.uscourts.gov by checking the Clerk's Office link or by telephoning the Clerk's Office at (559) 499-5600 or (559) 499-5601.

　　IT IS SO ORDERED.

**Dated:　February 14, 2012**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1