# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY L. NASTROM, et al., | CASE NO. CV F 11-1998 LJO DLB |
| Plaintiffs, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY ORDER |
| vs. | (Doc. 15.) |
| NEW CENTURY MORTGAGE CORPORATION, et al., | |
| Defendant. / | |

This Court's February 14, 2012 order required each plaintiff, no later than February 22, 2012, to file papers to indicate whether each plaintiff consents to the conduct of further proceedings by a U.S. Magistrate Judge. Plaintiff Kim Hewton-Nastrom has disobeyed the February 14, 2012 order. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS plaintiff Kim Hewton-Nastrom, no later than March 3, 2012, to file papers to show cause why sanctions, including dismissal of her claims with or without prejudice, should not be imposed for failure to comply with the February 14, 2012 order. This order to show cause will be discharged if, no later than March 3, 2012, plaintiff Kim Hewton-Nastrom files papers to indicate whether she consents to the conduct of all further proceedings by a U.S. Magistrate Judge or papers to dismiss her claims.

This Court ADMONISHES the parties that they are required to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions

1 | as this Court deems appropriate.

2 |     IT IS SO ORDERED.

3 | **Dated:**   February 24, 2012        /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE