**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMEY L. NASTROM, et al., | CASE NO. CV F 11-1998 LJO DLB |
| | **New Case No. CV F 11-1998 DLB** |
| Plaintiffs, | |
| | **ORDER OF REFERENCE TO** |
| vs. | **MAGISTRATE JUDGE** |
| | (Docs. 11, 17, 19.) |
| NEW CENTURY MORTGAGE CORPORATION, et al., | |
| Defendants. | |

    The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to U.S. Magistrate Judge Dennis L. Beck for all further proceedings, including entry of judgment, in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All further papers shall bear the new case number **CV F 11-1998 DLB**.

    This district judge will take no further action in this case.

    IT IS SO ORDERED.

**Dated:  March 2, 2012**                       /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE