# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY L. NASTROM;<br>KIM M. HEWTON-NASTROM,<br><br>            Plaintiffs,<br><br>     v.<br><br>NEW CENTURY MORTGAGE<br>CORPORATION, et al.,<br><br>            Defendants. | 1:11cv01998 DLB<br><br>ORDER DENYING REQUEST TO FILE<br>ELECTRONICALLY<br>(Document 28) |

Plaintiffs Jamey L. Nastrom and Kim M. Hewton-Nastrom ("Plaintiffs"), appearing pro se, filed this action on November 22, 2011. On March 29, 2012, Plaintiffs submitted a request to file all documents via fax. Doc. 28. Plaintiffs' request is DENIED.

The United States District Court, Eastern District of California is an electronic case management/filing district. Local Rule 133(a). All pro se parties must file and serve paper documents as required by applicable Federal Rules of Civil Procedure or by Local Rules, except with the permission of the assigned Judge or Magistrate Judge. Local Rule 133(b)(2). After a pro se party files a paper document, the Clerk transforms the paper filing into an electronic record and ultimately discards the paper filing. Local Rule 133(a). The Local Rules do not permit documents to be transmitted via fax directly to the Clerk or to the Court. Local Rule 133(e)(4).

IT IS SO ORDERED.

    Dated:   **April 4, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE