IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY L. NASTROM, KIM M. HEWTON-NASTROM,<br><br>             Plaintiffs,<br><br>    vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>             Defendants.<br>_____/ | 1:11-cv-01998-SAB<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE<br><br>(ECF No. 66) |

   Defendants in the above-captioned matter filed a request to appear telephonically at the hearing on Plaintiffs' motion to vacate, currently scheduled for January 25, 2013 at 9:00 a.m. (ECF No. 66.)  Good cause having been demonstrated,

   IT IS HEREBY ORDERED that counsel for Defendants may appear by telephone for the hearing on January 25, 2013 at 9:00 a.m.  Counsel is directed to call chambers at (559) 499-5200 at least five minutes before the scheduled start of the hearing.

   IT IS SO ORDERED.

   Dated:   **January 14, 2013**            _____**/s/ Stanley A. Boone**_____
                                                                  UNITED STATES MAGISTRATE JUDGE